UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEXT LEVEL PLANNING & WEALTH : MANAGEMENT, LLC,

          :

           Plaintiff,

          :

      - against -              Case No. 2:18-mc-00065

          :

THE PRUDENTIAL INSURANCE COMPANY    (Judge P. Pepper)
OF AMERICA and PRUCO SECURITIES, LLC,  :

           Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION TO COMPEL COMPLIANCE WITH DEFENDANTS' FINRA SUBPOENA

          PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure and upon the accompanying Memorandum of Law in support of this Motion, which is hereby incorporated herein, Defendants The Prudential Insurance Company of America and Pruco Securities, LLC hereby move the Court for an Order enforcing Defendants' FINRA subpoena pursuant to Section 7 of the Federal Arbitration Act.

Dated: New York, New York
     January 14, 2019

               PADUANO & WEINTRAUB LLP

               By: _Anthony Paduano / MKS_
                   Anthony Paduano
               1251 Avenue of the Americas
               Ninth Floor
               New York, New York 10020
               (212) 785-9100

               *Attorneys for Defendants*
               The Prudential Insurance Company of
               America and Pruco Securities, LLC

To:     Oyvind Wistrom
        LINDNER & MARSACK, S.C.
        411 East Wisconsin Avenue, Suite 1800
        Milwaukee, WI 53202-4498
        (414) 273-3910

        N. Nancy Ghabai
        GHABAI LAW GROUP LLC
        155 Federal Street, Suite 400
        Boston, MA 02110
        (617) 502-6561